488

113 A.3d 1245

Alton BROWN, Petitioner

v.

Judge Sandra MOSS, Respondent.

No. 23 EM 2015.

Supreme Court of Pennsylvania.

May 1, 2015.

## ORDER

PER CURIAM.

AND NOW, this 1st day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Prohibition is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.